STEVEN W. MYHRE
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-145-KJD-PAL |
| Plaintiff, | **ORDER TO UNSEAL CASE** |
| vs. | |
| DEAN BAILEY JOHNSON, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment filed on May 26, 2015 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this 31st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2