RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Dean Bailey Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN BAILEY JOHNSON,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00145-KJD-PAL-1<br><br>**MOTION TO WITHDRAW MOTION TO SUPPRESS<br>(ECF NO. 24)** |

　　　COMES NOW, Rene L. Valladares, Federal Public Defender, and Assistant Federal Public Defender PAUL D. RIDDLE, counsel of record for Dean Bailey Johnson and moves the Court for an Order to withdraw his previously filed Motion to Suppress Evidence (ECF No. 24).

　　　This Motion is brought before the Court based upon the Pleadings and Papers currently on file in the case, as well as any further representations of counsel of client as the Court may request of the Parties.

1  DATED this 11th day of August, 2017.

2                                    RENE L. VALLADARES
                                     Federal Public Defender
3

4                              By:   */s/ Paul D. Riddle*
                                     PAUL D. RIDDLE
5                                    Assistant Federal Public Defender

**MEMORANDUM**

On July 7, 2017, a Motion to Suppress Evidence (ECF No. 24) was filed in the instant case. Since the filing of the motion, the parties have negotiated a resolution in this case, which would obviate the need to litigate the issues raised in the motion.

Mr. Johnson, through his attorney of record, Paul D. Riddle, hereby respectfully requests that this court withdraw, without prejudice, his Motion to Suppress Evidence.

DATED this 11th day of August, 2017.

                                        Respectfully submitted,
                                        RENE L. VALLADARES
                                        Federal Public Defender

                             By:  */s/ Paul D. Riddle*
                                        PAUL D. RIDDLE
                                        Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEAN BAILEY JOHNSON,<br><br>        Defendant. | Case No. 2:15-cr-00145-KJD-PAL-1<br><br>**ORDER TO WITHDRAW WITHOUT PREJUDICE MOTION TO SUPPRESS (ECF NO. 24)** |

The best interests of justice being served by the granting of the motion to withdraw without prejudice:

**IT IS THEREFORE ORDERED** that the clerk of the court shall withdraw without prejudice the previously filed Motion to Suppress Evidence (ECF No. 24).

**IT IS FURTHER ORDERED** that the Stipulation to Extend Time (ECF No. 26) is Moot.

DATED this 18th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on, August 11, 2017, she served a copy of the above and foregoing **MOTION TO WITHDRAW MOTION TO SUPPRESS (ECF NO. 24)** by electronic service (ECF) to all parties of record, including the persons named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>PHILLIP N. SMITH, JR.
>Assistant United States Attorney
>501 S. Las Vegas Blvd. Ste. 1100
>Las Vegas, NV 89101

>*/s/ Lauren Conklin, Legal Assistant*
>Employee of the Federal Public Defender